UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 11-cv-30215 |

## ASSENTED-TO MOTION AND ORDER
## CONCERNING SCHEDULE FOR RESPONDING TO THE COMPLAINT

Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc.,

CWABS, Inc., CWMBS, Inc., CWHEQ, Inc. and Countrywide Securities Corporation

(collectively, the "Countrywide Defendants"), Bank of America Corporation, Bank of America,

N.A., Banc of America Funding Corporation, and Banc of America Securities LLC (collectively,

the "Bank of America Defendants"), Merrill Lynch Mortgage Lending, Inc., Merrill Lynch

Mortgage Investors, Inc., and Merrill Lynch, Pierce, Fenner & Smith, Inc. (collectively, the

"Merrill Lynch Defendants"), and Angelo Mozilo, David Sambol, Stanford Kurland, N. Joshua

Adler, Ranjit Kripalani, Jennifer Sandefeur, Mark Ryan, George C. Carp, Matthew Whalen, and

Brian T. Sullivan (collectively, the "Individual Defendants") hereby move for additional time for

Defendants to respond to Massachusetts Mutual Life Insurance Company's ("Plaintiff")

Complaint, as stipulated to by the parties as set forth below.

Plaintiff, through its undersigned counsel, and Deutsche Bank Securities, Inc., UBS Securities LLC, J.P. Morgan Securities LLC and Bear, Stearns & Co., Inc. (together with the Countrywide Defendants, the Bank of America Defendants, the Merrill Lynch Defendants, and the Individual Defendants, the "Defendants") assent to the motion.

In support of this motion, the parties state as follows:

1.      Plaintiff commenced this action on September 1, 2011 by filing a complaint (the "Complaint") captioned *Massachusetts Mutual Life Insurance Company v. Countrywide Financial Corporation, et al.*, Case No. 3:11-cv-30215 (the "*MassMutual* Action"), in the United States District Court for the District of Massachusetts.

2.      On September 7, 2011, the Countrywide Defendants filed a Rule 7.1 Notice of Related Action with the Judicial Panel on Multidistrict Litigation ("JPML") to identify the *MassMutual* Action as a potential "tag-along" action to actions previously transferred to Judge Marianna Pfaelzer of the United States District Court for the Central District of California pursuant to the JPML's August 15, 2011 order establishing an Multi-District Litigation captioned *In re Countrywide Financial Corp. Mortgage-Backed Securities Litig.*, MDL Docket No. 2265 (the "MDL Proceeding").

3.      On September 9, 2011 the JPML issued a Conditional Transfer Order ("CTO") conditionally transferring claims in the *MassMutual* Action that relate to Countrywide mortgage-backed securities to the MDL Proceeding.

4.      On September 16, 2011, Plaintiff filed with the JPML a Notice of Opposition to the CTO.

5.      The JPML has ordered a briefing schedule under which Plaintiff is to file with the JPML its Motion to Vacate the CTO on or before October 3, 2011 and the Countrywide

Defendants are to file their Response to the Motion to Vacate the CTO on or before October 24, 2011.

6.    The parties agree that judicial economy would be served if the time for all Defendants to respond to the Complaint is extended until after the JPML rules on Plaintiff's Motion to Vacate the CTO and it is determined which claims, if any, will proceed in the MDL Proceeding and which claims, if any, will proceed in this Court.

Counsel for Defendants and counsel for Plaintiff conferred and have stipulated and agreed, subject to the approval of the Court, as follows:

1.    Defendants shall answer, move to dismiss, or otherwise respond to the Complaint on or before forty-five (45) days after the JMPL issues its decision on Plaintiff's Motion to Vacate the CTO.

2.    Plaintiff shall file its opposition(s) to any motion to dismiss on or before sixty (60) days after any motions to dismiss are filed.

3.    Defendants shall file their reply briefs in further support of any motions to dismiss within thirty (30) days after Plaintiff's opposition(s) is/are filed.

4.    By agreeing to this assented-to motion, neither Plaintiff nor Defendants waive their rights to seek from each other or any applicable court additional adjournments or extensions of the applicable deadlines.

5.    Upon approval of this assented-to motion, each Defendant hereby waives service of the Complaint.  Nothing contained in this assented-to motion, including but not limited to the foregoing waiver of service, shall be deemed to constitute a waiver of, and each Defendant does not waive but expressly preserves, any and all arguments or defenses, including without limitation, those defenses or arguments relating to subject matter or personal jurisdiction, venue,

or transfer.  Similarly, Plaintiff waives no rights, arguments or claims by entering into this assented-to motion.

**WHEREFORE**, the parties respectfully request that this Court:

1.      Grant the instant motion to enter an Order establishing the schedule stipulated to by the parties.

2.      Grant such further relief as may be just and proper.

Dated: October 3, 2011

*[signature]*

Kirsten Nelson Cunha (BBO #634520)
kirsten.cunha@shearman.com
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4320
Fax: (646) 848-4320

*Of Counsel*
Adam S. Hakki
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4924
Fax: (646) 848-4924

*Counsel for Countrywide Defendants and N.
Joshua Adler*

*[signature]*

Jeffrey B. Rudman (BBO #433380)
jeffrey.rudman@wilmerhale.com
Andrea J. Robinson (BBO #556337)
andrea.robinson@wilmerhale.com
Christopher B. Zimmerman (BBO #653854)
christopher.zimmerman@wilmerhale.com
Adam J. Hornstine (BBO #666296)
adam.hornstine@wilmerhale.com
Katherine B. Dirks (BBO #673674)
katherine.dirks@wilmerhale.com
Brian J. Boyle Jr. (BBO #676683)
brian.boyle@wilmerhale.com
WILMER   CUTLER   PICKERING   HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6000
Fax:  (617) 526-5000

*Counsel for Bank of America Defendants,
Merrill Lynch Defendants., Mark I. Ryan,
George C. Carp, Matthew T. Whelan and
Brian T. Sullivan*

*[signature]*

Edward J. McDonough, Jr. (BBO #331590)
ejm@efclaw.com
Stephen E. Spelman (BBO #632089)
ses@efclaw.com
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, Massachusetts 01102

*Of Counsel*
Philippe Z. Selendy
Jennifer Barrett
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601

*Counsel for Plaintiff*

*[signature]*

Thomas F. Maffei (BBO #313220)
tmaffei@gtmllp.com
Scott McConchie (BBO #634127)
smcconchie@gtmllp.com
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA  02110
Tel:  (617) 542-9900
Fax:  (617) 542-0900

*Of Counsel*
David Siegel
A. Matthew Ashley
Holly L. Gershow
IRELL & MANELLA LLP
1800 Avenue of the Stars
Los Angeles, California  90067-4276
Telephone:  (310) 277-1010
Fax:  (310) 203-7199

*Counsel for Defendant Angelo Mozilo*

Daniel J. Lyne (BBO #309290)
djl@murphyking.com
Damien R. Savoie (BBO #674852)
drs@murphyking.com
MURPHY & KING, PROFESSIONAL
CORPORATION
One Beacon Street
Boston, MA 02108
Tel: (617) 423-0400
Fax: (617) 423-0498

*Of Counsel*
Michael C. Tu
ORRICK HERRINGTON & SUTCLIFFE
LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Tel: (213) 629-2020
Fax: (213) 612-2433

*Counsel for Defendant David Sambol*

Dennis J. Kelly (BBO #266340)
dkelly@burnslev.com
Andrea L. Martin (BBO #666413)
amartin@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
Tel. (617) 345-3000
Fax: (617) 345-3299

*Counsel for Defendants Ranjit Kripalani and
Jennifer Sandefur*

Christopher A. Kenney (BBO #556511)
cakenney@KandSlegal.com
KENNEY & SAMS, P.C.
Southborough Place
134 Turnpike Rd.
Southborough, MA 01772
Tel:  (508) 490-8500
Fax:  (508) 490-8501

*Of Counsel*
Christopher G. Caldwell
Jeanne A. Fugate
Jeffrey M. Hammer
CALDWELL LESLIE & PROCTOR, PC
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Tel: (213) 629-9040
Fax: (213) 629-9022

*Counsel for Defendant Stanford L. Kurland*

**IT IS SO ORDERED** this ___ day of October, 2011.

Hon. Michael A. Ponsor, U.S.D.J.

**RULE 7.1(A)(2) CERTIFICATE**

I, Kirsten N. Cunha, hereby certify that on October 3, 2011, counsel for the parties have conferred and ASSENTED to the allowance of this motion.

/s/Kirsten N. Cunha

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and by email to those indicated as non-registered participants on this 3rd day of October, 2011.

/s/Kirsten N. Cunha