UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
MASSACHUSETTS MUTUAL LIFE                     )
INSURANCE COMPANY,                            )
              Plaintiff,                      )
                                              )
v.                                            )
                                              )   Civil Action
COUNTRYWIDE FINANCIAL CORPORATION,            )   No. 3:11-cv-30215-MAP
COUNTRYWIDE HOME LOANS, INC.,                 )
CWALT, INC., CWMBS, INC., CWABS, INC.,        )
CWHEQ, INC., COUNTRYWIDE SECURITIES           )
CORPORATION, BANK OF AMERICA                  )
CORPORATION, BANK OF AMERICA N.A.,            )
BANC OF AMERICA FUNDING CORPORATION,          )
BANC OF AMERICA SECURITIES, LLC,              )
MERRILL LYNCH MORTGAGE LENDING, INC.,         )
MERRILL LYNCH MORTGAGE LENDING, INC.,         )
MERRILL LYNCH MORTGAGE INVESTORS, INC.,       )
MERRILL LYNCH,  PIERCE, FENNER & SMITH,       )
INC., BEAR, STEARNS & CO., INC., J.P. MORGAN  )
SECURITIES, LLC (F/K/A J.P. MORGAN            )
SECURITIES, INC.), DEUTSCHE BANK              )
SECURITIES, INC., UBS SECURITIES LLC,         )
ANGEL MOZILO, DAVID SAMBOL, ERIC              )
SIERACKI, STANFORD KURLAND, DAVID A.          )
SPECTOR, N. JOSHUA ADLER, RANJIT              )
KRIPALANI, JENNIFER SANDEFUR, MARK I.         )
RYAN, GEORGE C. CARP, GEORGE E. ELLISON,      )
MATTHEW WHALEN, and BRIAN T. SULLIVAN,        )
              Defendants.                     )
_____)

## **NOTICE OF APPEARANCE**

Please enter my appearance as attorney for Defendants Ranjit Kripalani and

Jennifer Sandefur.

                                                Respectfully submitted,
                                                RANJIT KRIPALANI and JENNIFER SANDEFUR

                                                By their attorneys,

                                                /s/Dennis J. Kelly
                                                Dennis J. Kelly (BBO # 266340)
                                                dkelly@burnslev.com
                                                Andrea L. Martin (BBO #666117)
                                                amartin@burnslev.com
                                                BURNS & LEVINSON LLP
                                                125 Summer Street
                                                Boston, MA 02110-1624
                                                Telephone: 617-345-3000
Dated:  October 6, 2011                Facsimile: 617-345-3299


## CERTIFICATE OF SERVICE

      I hereby certify that this document is being filed through the Court's ECF system which will send an electronic copy of the document to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on October 6, 2011.

                                                /s/Andrea L. Martin
                                                Andrea L. Martin