# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>                        Plaintiff,<br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*<br><br>                        Defendants. | Civil Action No. 11-cv-30215 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Brian J. Boyle Jr. as counsel for Defendants GEORGE C. CARP, GEORGE G. ELLISON, MARK I. RYAN, BRIAN T. SULLIVAN, and MATTHEW T. WHALEN.[1]

---

[1] The undersigned counsel appears specially for the purpose of noticing an appearance only. Defendants reserve all rights and defenses, including without limitation those relating to jurisdiction, process, or otherwise, that may be available in this action.

Dated: November 21, 2011

    WILMER CUTLER PICKERING HALE AND DORR LLP

    /s/ Brian J. Boyle Jr._____
Jeffrey B. Rudman (BBO# 433380)
Andrea J. Robinson (BBO# 556337)
Christopher B. Zimmerman (BBO# 653854)
Adam J. Hornstine (BBO# 666296)
Katherine B. Dirks (BBO# 673674)
Brian J. Boyle Jr. (BBO# 676683)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*Attorneys for defendants BANK OF AMERICA CORPORATION; BANK OF AMERICA, N.A.; BANC OF AMERICA FUNDING CORPORATION; BANC OF AMERICA SECURITIES LLC; MERRILL LYNCH MORTGAGE LENDING, INC.; MERRILL LYNCH MORTGAGE INVESTORS, INC.; MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.; GEORGE C. CARP; GEORGE G. ELLISON; MARK I. RYAN; BRIAN T. SULLIVAN; and MATTHEW T. WHALEN*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2011, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and by email to those indicated as non-registered participants.

                                        <u>/s/ Brian J. Boyle Jr.</u>
                                        Brian J. Boyle Jr.