IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, INC., CWALT, INC., CWMBS, INC., CWABS, INC., CWHEQ, INC., COUNTRYWIDE SECURITIES CORPORATION, BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, NB HOLDINGS CORPORATION, BANC OF AMERICA FUNDING CORPORATION, BANC OF AMERICA SECURITIES LLC, MERRILL LYNCH MORTGAGE LENDING, INC., MERRILL LYNCH MORTGAGE INVESTORS, INC., MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., J.P. MORGAN SECURITIES LLC (F/K/A J.P. MORGAN SECURITIES INC.), DEUTSCHE BANK SECURITIES, INC., UBS SECURITIES LLC, ANGELO MOZILO, DAVID SAMBOL, ERIC SIERACKI, STANFORD KURLAND, DAVID A. SPECTOR, N. JOSHUA ADLER, RANJIT KRIPALANI, JENNIFER SANDEFUR, MARK I. RYAN, GEORGE C. CARP, GEORGE E. ELLISON, MATTHEW WHALEN, and BRIAN T. SULLIVAN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:11-cv-30215-MAP |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 30, 2011, I caused a copy of the **FIRST AMENDED COMPLAINT**, filed through the ECF system, to be served electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

Dated: November 30, 2011

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: _____
        Kristina Grosso