UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COPANY<br><br>    Plaintiff,<br><br>v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 11-30215<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF BRANDON F. WHITE

Please notice the appearance of Brandon F. White of the firm Foley Hoag LLP, 155 Seaport Boulevard, Boston, MA 02210-2600, on behalf of Defendant Eric Sieracki in this matter.

Dated: December 2, 2011

*/s/ Brandon F. White*
Nicholas C. Theodorou (BBO #495730)
Brandon F. White (BBO #525020)
Matthew E. Miller (BBO #655544)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210
(617) 832-1000

Counsel for Defendant
Eric Sieracki

### CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to any non-registered participants on this date.

*/s/ Brandon F. White*
Brandon F. White