UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Clerk's Office
Federal Building and Courthouse
1550 Main Street
Springfield, MA 01103
413-785-0015

TO: S. Bourgeo                                    Our Case No.: 11cv30215-MAP
U.S. District Court, Central District
of California - Western Division          Case Caption: Mass. Mutual Life Insurance Co.
312 North Spring Street, Room G-8    V.  Countrywide Financial Corp., et al
Los Angeles, CA 894-3535

Please be advised that this case has been transferred to:

Attached please find a copy of the INTERNAL docket sheet and a copy of the transfer order.

Following are instructions for retrieving the electronic case filings:

- Go to the Court's web site - www.mad.uscourts.gov
- Select Case Information and Click on CM/ECF - Pacer System
- At login type: your court's PACER login and password
  - Skip "Client Code". Click login

- Once you are into CM/ECF, to print the public docket sheet click:
  - Reports, Docket Sheet, Type in Case number and Run Report and then print

- To save the docket as a PDF file, go to print and change the printer to Acrobat Writer/Distiller and save as a PDF file to be retrieved later.

- To print each item on the docket sheet click on the underlined document number and print.

- To save a copy of the document to add to your docket, click on the disk icon on the menu bar under the blue CM/ECF menu bar and save as a PDF file in a folder to be retrieved later.
  - If the document does not have an underlined document number or if it does not have a document number at all, then there will be nothing to print. The entry will be just what is printed on the docket sheet.

NOTE: ONCE YOU HAVE RETRIEVED THE NECESSARY INFORMATION PLEASE

E-mail me at mary_finn@mad.uscourts.gov          with your court's case information.

 Thank You - Your MDL Case No. Is CV11-10414-MRP (MANx)

                                                              By: /s/ Mary Finn
Date:   December 19, 2011                        Deputy Clerk