UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, *et al.*,<br><br>        Defendants. | Civil Action No. 11-cv-30215 |

**ASSENTED-TO MOTION AND [PROPOSED] ORDER FOR ENLARGEMENT OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR LEAVE TO FILE <u>MEMORANDA IN EXCESS OF TWENTY PAGES</u>**

Bank of America, N.A., Banc of America Funding Corporation, Banc of America Securities LLC, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., Mark I. Ryan, George C. Carp, George G. Ellison, Matthew T. Whalen, and Brian T. Sullivan (collectively, the "Remaining Defendants") hereby move for (i) additional time to respond to Massachusetts Mutual Life Insurance Company's ("Plaintiff") First Amended Complaint ("FAC") and (ii) leave to file memoranda of law in excess of the twenty-page limit set forth in Local Rule 7.1(b)(4), as stipulated to by the parties as set forth below.

Plaintiff, through its undersigned counsel, assents to the motion.

In support of this motion, the parties state as follows:

    1.  Plaintiff commenced this action on September 1, 2011 by filing a complaint captioned *Massachusetts Mutual Life Insurance Company v. Countrywide Financial*

*Corporation, et al.*, Case No. 3:11-cv-30215 (the "Action"), in the United States District Court for the District of Massachusetts.

2. On September 7, 2011, Countrywide Financial Corporation, Countrywide Home Loans, Inc., CWALT, Inc., CWABS, Inc., CWMBS, Inc., CWHEQ, Inc. and Countrywide Securities Corporation (the "Countrywide Defendants") filed a Rule 7.1 Notice of Related Action with the United States Judicial Panel on Multidistrict Litigation ("JPML") to identify the Action as a potential "tag-along" action to actions previously transferred to Judge Marianna Pfaelzer of the United States District Court for the Central District of California pursuant to the JPML's August 15, 2011 order establishing a Multi-District Litigation captioned *In re Countrywide Financial Corp. Mortgage-Backed Securities Litig.*, MDL Docket No. 2265 (the "MDL Proceeding"). The Countrywide Defendants and Plaintiff subsequently briefed whether the Action should be transferred to the MDL Proceeding.

3. On November 30, 2011, Plaintiff filed the FAC in the Action.

4. On December 14, 2011, the JPML issued a Transfer Order transferring all claims in the Action that relate to Countrywide mortgage-backed securities to the MDL Proceeding, and remanding the remaining claims which relate to non-Countrywide mortgage-backed securities to this Court. These remaining claims are asserted against the eleven Remaining Defendants.

5. On December 20, 2011, the parties filed an Assented-To Motion and Proposed Order Concerning Schedule for Responding to the Complaint (the "Assented-To Motion and Proposed Order"). In the Assented-To Motion and Proposed Order, the parties agreed that: the time for the Remaining Defendants to answer, move to dismiss, or otherwise respond to the FAC would be extended to February 13, 2012; the time for Plaintiff to file its

opposition(s) to any motions to dismiss would be extended to a date on or before 60 days after any motions to dismiss are to be filed; and, the time for the Remaining Defendants to file their reply briefs in further support of any motions to dismiss would be extended to within 30 days after Plaintiff's opposition(s) is/are to be filed.

6. On December 20, 2011, the Court entered an order granting the extension stipulated in the Assented-To Motion and Proposed Order.

7. Counsel for the Remaining Defendants are currently preparing a single consolidated motion to dismiss and supporting memorandum of law on behalf of the 6 remaining corporate defendants and 5 remaining individual defendants in this Action (the "Consolidated Motion to Dismiss").

8. The parties agree that judicial economy would be served by the submission of consolidated briefing by both parties in connection with any motion to dismiss the FAC.

9. The parties further agree that a brief four-day extension of time to respond to the FAC up and to and including February 17, 2012, will enable the Remaining Defendants to adequately prepare and submit the Consolidated Motion to Dismiss.

10. The parties also agree that a 10 page extension of the limits contained in Local Rule 7.1(b)(4) is necessary to address as to each the 11 defendants the numerous complex legal issues raised by the FAC, which contains 587 paragraphs in its 201 pages.

11. Counsel for the Remaining Defendants and counsel for Plaintiff conferred and have stipulated and agreed, subject to the approval of the Court, as follows:

a) The Remaining Defendants shall answer, move to dismiss, or otherwise respond to the FAC on or before February 17, 2012.  The Remaining Defendants shall file a

single consolidated motion and memorandum of law in support of any motion to dismiss, which memorandum shall not exceed 30 pages in length;

   b) Plaintiff shall file a single consolidated opposition to any motion to dismiss on or before 60 days after any such motion is filed.  Any consolidated memorandum of law in opposition to a motion to dismiss filed by the Remaining Defendants shall not exceed 30 pages in length; and,

   c) The Remaining Defendants shall file a single consolidated reply brief in further support of any consolidated motion to dismiss within 30 days after Plaintiff's opposition is filed, which reply brief shall not exceed 20 pages in length.

  12. By agreeing to this assented-to motion, neither Plaintiff nor the Remaining Defendants waive their rights to seek from each other or any applicable court additional adjournments or extensions of the applicable deadlines or page limitations.

  13. Nothing contained in this assented-to motion shall be deemed to constitute a waiver of, and each Remaining Defendant does not waive but expressly preserves, any and all arguments or defenses, including without limitation, those defenses or arguments relating to subject matter or personal jurisdiction, venue, or transfer.  Similarly, Plaintiff waives no rights, arguments or claims by entering into this assented-to motion.

  **WHEREFORE**, the parties respectfully request that this Court:

  1. Grant the instant motion to enter an Order establishing the schedule and page limitations stipulated to by the parties.

  2. Grant such further relief as may be just and proper.

Dated: February 8, 2012

| | |
|---|---|
| /s/ Christopher B. Zimmerman | /s/ Edward J. McDonough, Jr. |
| Jeffrey B. Rudman (BBO #433380) | Edward J. McDonough, Jr. (BBO #331590) |
| *jeffrey.rudman@wilmerhale.com* | *ejm@efclaw.com* |
| Andrea J. Robinson (BBO #556337) | Stephen E. Spelman (BBO #632089) |
| *andrea.robinson@wilmerhale.com* | *ses@efclaw.com* |
| Christopher B. Zimmerman (BBO #653854) | EGAN, FLANAGAN AND COHEN, P.C. |
| *christopher.zimmerman@wilmerhale.com* | 67 Market Street, P.O. Box 9035 |
| Adam J. Hornstine (BBO #666296) | Springfield, MA 01102 |
| *adam.hornstine@wilmerhale.com* | |
| Katherine B. Dirks (BBO #673674) | *Of Counsel* |
| *katherine.dirks@wilmerhale.com* | Philippe Z. Selendy |
| Brian J. Boyle Jr. (BBO #676683) | Jennifer Barrett |
| *brian.boyle@wilmerhale.com* | QUINN EMANUEL URQUHART & |
| WILMER CUTLER PICKERING HALE AND DORR LLP | SULLIVAN, LLP |
| 60 State Street | 51 Madison Avenue, 22nd Floor |
| Boston, MA 02109 | New York, New York 10010-1601 |
| Tel:  (617) 526-6000 | |
| Fax:  (617) 526-5000 | *Counsel for Plaintiff* |
| | |
| *Counsel for Bank of America, N.A., Banc of America Funding Corporation, Banc of America Securities LLC, Merrill Lynch Mortgage Lending, Inc., Merrill Lynch Mortgage Investors, Inc., Merrill Lynch, Pierce, Fenner & Smith, Inc., Mark I. Ryan, George C. Carp, George G. Ellison, Matthew T. Whalen, and Brian T. Sullivan* | |

**IT IS SO ORDERED** this ___ day of February, 2012.

_____
Hon. Michael A. Ponsor, U.S.D.J.

5

**RULE 7.1(A)(2) CERTIFICATE**

I, Christopher B. Zimmerman, hereby certify that on February 7 and 8, 2012, counsel for the remaining parties have conferred and ASSENTED to the allowance of this motion.

/s/ Christopher B. Zimmerman

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and by email to those indicated as non-registered participants on this 8th day of February, 2012.

/s/ Christopher B. Zimmerman