UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No. 11-cv-30215 |

## JOINT MOTION FOR APPROVAL OF STIPULATION AND [PROPOSED] ORDER REGARDING THE SUCCESSOR-IN-INTEREST TO BANC OF AMERICA SECURITIES LLC

WHEREAS Plaintiff Massachusetts Mutual Life Insurance Company ("MassMutual"), commenced the above-captioned action (the "Action") on September 1, 2011 against Banc of America Securities LLC ("BOA Securities"), Merrill Lynch, Pierce, Fenner & Smith, Inc. ("MLPF&S"), and certain other entities and individuals (together with BOA Securities and MLPF&S, collectively the "Defendants") concerning the offering, marketing, and sale of residential mortgage-backed securities identified in the complaint;

WHEREAS all Defendants other than BOA Securities, MLPF&S, George G. Ellison, and Mark I. Ryan (collectively, the "Remaining Defendants") were dismissed pursuant to a stipulation dated March 2, 2012 and Endorsed Order dated March 5, 2012;

WHEREAS MassMutual has alleged that BOA Securities merged with and into MLPF&S following Bank of America Corporation's acquisition of Merrill Lynch & Co. Inc.;

ALLOWED and so ordered.

Michael A. Ponsor USDJ

2-26-13

WHEREAS the Remaining Defendants have agreed, in the interests of streamlining discovery and trial in this Action, not to contest the liability of MLPF&S as the successor-in-interest to BOA Securities in this Action in exchange for MassMutual's agreement to withdraw Request Nos. 75 and 76 of MassMutual's First Set of Requests for the Production of Documents to MLPF&S;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for MassMutual and counsel for the Remaining Defendants:

1.     The Remaining Defendants will not contest or dispute in this Action, or in connection with any appeal of any order or judgment entered in this Action, the issue of successor liability arising from the merger of BOA Securities with and into MLPF&S;

2.     MLPF&S will be treated as the successor-in-interest to BOA Securities in this Action, including for the purpose of awarding damages; and

3.     The Remaining Defendants represent that they have authority to enter into this Stipulation on behalf of themselves and their affiliates.

IT IS SO ORDERED

Dated: _Feb. 26_____, 2013

Michael A. Ponsor
United States District Judge

2

Dated: February 13, 2013

*/s/ Christopher B. Zimmerman*

Jeffrey B. Rudman (BBO #433380)
*jeffrey.rudman@wilmerhale.com*
Andrea J. Robinson (BBO #556337)
*andrea.robinson@wilmerhale.com*
Christopher B. Zimmerman (BBO #653854)
*christopher.zimmerman@wilmerhale.com*
Adam J. Hornstine (BBO #666296)
*adam.hornstine@wilmerhale.com*
Katherine B. Dirks (BBO #673674)
*katherine.dirks@wilmerhale.com*
Brian J. Boyle Jr. (BBO #676683)
*brian.boyle@wilmerhale.com*
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

*Counsel for Banc of America Securities
LLC, Merrill Lynch, Pierce, Fenner &
Smith, Inc., Mark I. Ryan, and George G.
Ellison*

*/s/ Edward J. McDonough, Jr.*

Edward J. McDonough, Jr. (BBO #331590)
*ejm@efclaw.com*
Stephen E. Spelman (BBO #632089)
*ses@efclaw.com*
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, MA 01102

*Of Counsel*
Philippe Z. Selendy
Jennifer Barrett
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601

*Counsel for Massachusetts Mutual Life
Insurance Company*

3

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 13th day of February, 2013.

_/s/ Edward J. McDonough, Jr._
Edward J. McDonough Jr.