# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DB STRUCTURED PRODUCTS, INC., et al.<br><br>Defendants. | Civil Action No. 3:11-30039-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RBS FINANCIAL PRODUCTS INC. (F/K/A GREENWICH CAPITAL FINANCIAL PRODUCTS INC.), et al.<br><br>Defendants. | Civil Action No. 3:11-30044-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DLJ MORTGAGE CAPITAL, INC., et al.,<br><br>Defendants. | Civil Action No. 3:11-30047-MAP-KPN |

ActiveUS 108765157v.1

154

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., et al., <br><br> Defendants. | Civil Action No. 3:11-30048-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., et al., <br><br> Defendants. | Civil Action No. 3:11-30094-MAP-KPN |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> GOLDMAN SACHS MORTGAGE COMPANY, et al., <br><br> Defendants. | Civil Action No. 3:11-30126-MAP-KPN |

| | | |
|---|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30127-MAP-KPN |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| IMPAC FUNDING CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30141-MAP-KPN |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| HSBC BANK USA, NATIONAL ASSOCIATION, et al., | ) ) ) ) | |
| Defendants. | ) ) | |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | ) ) ) | Civil Action No. 3:11-30215-MAP-RBS |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| COUNTRYWIDE FINANCIAL CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

|  |  |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC., et al.,<br><br>Defendants. | Civil Action No. 3:11-30285-MAP-RBC |

MAP 5.13.13

## JOINT MOTION FOR APPROVAL OF STIPULATION AND [PROPOSED] ORDER AMENDING THE EXPERT DISCOVERY SCHEDULE

WHEREAS, pursuant to the March 5, 2013 Order in 3:11-cv-30039 (Dkt. No. 117), 3:11-cv-30044 (Dkt. No. 101), 3:11-cv-30047 (Dkt. No. 112), 3:11-cv-30048 (Dkt. No. 136), 3:11-cv-30094 (Dkt. No. 173), 3:11-cv-30126 (Dkt. No. 162), 3:11-cv-30127 (Dkt. No. 89), 3:11-cv-30141 (Dkt. No. 95), the March 28, 2013 Order in No. 3:11-cv-30285 (Dkt. No. 141), and the April 10, 2013 Order in No. 3:11-cv-30215 (Dkt. No. 145) (collectively, the "Expert Scheduling Orders"), Plaintiff on April 12, 2013 designated and disclosed information concerning its sampling expert, Dr. Charles Cowan;

WHEREAS, the Expert Scheduling Orders permit Defendants to take Dr. Cowan's deposition and file their *Daubert* motion no later than May 21, 2013;

WHEREAS, Defendants noticed the deposition of Dr. Cowan, but counsel for the parties have been unable to identify a date on which participating counsel and the witness are available for the deposition prior to May 21, 2013;

WHEREAS, the parties have scheduled Dr. Cowan's deposition for May 21, 2013, and have agreed to minor adjustments to the Expert Scheduling Orders to allow Defendants time to finalize their *Daubert* motion following completion of the deposition;

WHEREAS, the scheduling adjustments do not alter the date by which all briefing on Defendants' *Daubert* motion will be completed (which remains July 2, 2013), or the date that the Court has set for a hearing on the motion (which remains July 11, 2013);

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between MassMutual and Defendants, through their undersigned counsel, subject to approval of the Court, that the Expert Scheduling Orders be amended as follows:

i.  Defendants, if they wish, may take Plaintiff's expert's deposition and file their *Daubert* motion challenging Plaintiff's expert no later than May 24, 2013. By said date, Defendants also shall designate and disclose information regarding their sampling expert, if any, in accord with Fed. R. Civ. P. 26(a)(2).

ii. Plaintiff, if it wishes, may take Defendant's expert's deposition and file its opposition to Defendants' *Daubert* motion by June 20, 2013, to which Defendants may reply by July 2, 2013.

IT IS SO ORDERED.

Dated: _May 13_, 2013        _/s/ Michael A. Ponsor_

Michael A. Ponsor
United States District Judge

Dated: May 9, 2013

By:    /s/ *Kathy B. Weinman*
Kathy B. Weinman (BBO #541993)
Azure Abuirmeileh (BBO #670325)
COLLORA LLP
100 High Street, 20th Floor
Boston, Massachusetts 02110
Telephone: (617) 371-1000
Fax: (617) 371-1037
kweinman@collorallp.com
aabuirmeileh@collorallp.com

Of Counsel:

Thomas C. Rice (admitted *pro hac vice*)
David J. Woll (admitted *pro hac vice*)
Alan Turner (admitted *pro hac vice*)

SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502
trice@stblaw.com
dwoll@stblaw.com
aturner@stblaw.com

*Counsel for Defendants Deutsche Bank Securities Inc., Anilesh Ahuja, Michael Commaroto, Richard D'Albert and Richard Ferguson*

*Counsel for Defendants RBS Securities Inc., Joseph N. Walsh III, Robert J. McGinnis, Carol P. Mathis and James M. Esposito*

*Counsel for Defendants UBS Securities LLC and Per Dyrvik*

By:   /s/ Jeffrey L. McCormick
      Jeffrey L. McCormick (BBO #329740)
      ROBINSON DONOVAN, P.C.
      1500 Main Street, Suite 1600
      Springfield, Massachusetts 01115
      Telephone: (413) 732-2301
      Fax: (413) 785-4658
      jmccormick@robinsondonovan.com

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., William A. King, Thomas F. Marano, Michael B. Nierenberg, Jeffrey L. Verschleiser, David Beck, Diane Novak, and Samuel L. Molinaro, Jr.*

Of Counsel:

Robert H. Baron (admitted *pro hac vice*)
Daniel Slifkin (admitted *pro hac vice*)
Karin A. DeMasi (admitted *pro hac vice*)
J. Wesley Earnhardt (admitted *pro hac vice*)
   CRAVATH, SWAINE & MOORE LLP
   825 Eighth Avenue
   New York, NY 10019
   Telephone: (212) 474-1000
   Fax: (212) 474-3700
   rbaron@cravath.com
   dslifkin@cravath.com
   kdemasi@cravath.com
   wearnhardt@cravath.com

*Counsel for Defendants J.P. Morgan Securities LLC, WaMu Capital Corporation, Joseph T. Jurkowski, Jr., David M. Duzyk, Louis Schioppo, Jr., and William A. King*

Of Counsel:

Joel C. Haims (admitted *pro hac vice*)
LaShann M. DeArcy (admitted *pro hac vice*)
   MORRISON & FOERSTER LLP
   1290 Avenue of the Americas
   New York, New York 10104
   Telephone: (212) 468-8000
   Fax: (212) 468-7900
   jhaims@mofo.com
   ldearcy@mofo.com

*Counsel for Defendants Thomas F. Marano and Michael B. Nierenberg*

Of Counsel:

Dani R. James (admitted *pro hac vice*)
Jade A. Burns (admitted *pro hac vice*)
   KRAMER LEVIN NAFTALIS & FRANKEL LLP
   1177 Avenue of the Americas
   New York, NY 10036
   Telephone: (212) 715-9100
   Fax: (212) 715-8000
   djames@kramerlevin.com
   jburns@kramerlevin.com

*Counsel for Defendant Jeffrey L. Verschleiser*

Of Counsel:

Theresa Trzaskoma (admitted *pro hac vice*)
David Elbaum (admitted *pro hac vice*)
   BRUNE & RICHARD LLP
   One Battery Park Plaza
   New York, NY 10004
   Telephone (212) 668-1900
   Fax: (212) 668-0315
   ttrzaskoma@bruneandrichard.com
   delbaum@bruneandrichard.com

*Counsel for Defendants David Beck and Diane Novak*

Of Counsel:

Pamela Rogers Chepiga (admitted *pro hac vice*)
Josephine A. Cheatham (admitted *pro hac vice*)
   ALLEN & OVERY LLP
   1221 Avenue of the Americas
   New York, New York 10020
   Telephone: (212) 765-1125
   pamela.chepiga@allenovery.com
   allie.cheatham@allenovery.com

*Counsel for Defendant Samuel L. Molinaro, Jr.*

By: _/s/ Philip A. O'Connell, Jr._
Philip A. O'Connell, Jr. (BBO #649343)
SNR DENTON US LLP
101 Federal Street, Suite 2750
Boston, Massachusetts 02110
Telephone: (617) 235-6802
Fax: (617) 235-6899
philip.oconnelljr@snrdenton.com

Of Counsel:

Sandra D. Hauser (admitted *pro hac vice*)
Patrick E. Fitzmaurice (admitted *pro hac vice*)
SNR DENTON US LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Fax: (212) 768-6800
sandra.hauser@snrdenton.com
patrick.fitzmaurice@snrdenton.com

*Counsel for Defendant Matthew E. Perkins*

By:   */s/ Michael Pastore*
    Michael Pastore (BBO #669692)
      GREENBERG TRAURIG, LLP
      One International Place
      Boston, MA 02110
      Telephone: (617) 310-6000
      Fax: (617) 310-6001
      pastorem@gtlaw.com

Of Counsel:

Richard A. Edlin (admitted *pro hac vice*)
Ronald D. Lefton (admitted *pro hac vice*)
Candace Camarata (admitted *pro hac vice*)
    GREENBERG TRAURIG, LLP
    200 Park Avenue
    New York, NY 10166
    Telephone: (212) 801-9200
    Fax: (212)801-6400
    edlinr@gtlaw.com
    leftonr@gtlaw.com
    camaratac@gtlaw.com

*Counsel for Defendant Jeffrey Mayer*

By:   /s/ *Jonathan Sablone*
    Jonathan Sablone (BBO #632998)
    Matthew T. McLaughlin (BBO #660878)
      100 Summer Street
      Boston, Massachusetts 02110
      Telephone: (617) 345-1342
      Fax: (866) 947-1729
      jsablone@nixonpeabody.com
      mmclaughlin@nixonpeabody.com

Of Counsel:

Richard W. Clary (admitted *pro hac vice*)
Julie A. North (admitted *pro hac vice*)
Richard J. Stark (admitted *pro hac vice*)
Michael T. Reynolds (admitted *pro hac vice*)
Lauren A. Moskowitz (admitted *pro hac vice*)
    CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
    New York, New York 10019
    Telephone: (212) 474-1000
    Fax: (212) 474-3700
    rclary@cravath.com
    jnorth@cravath.com
    rstark@cravath.com
    mreynolds@cravath.com
    lmoskowitz@cravath.com

*Counsel for Defendants Credit Suisse Securities (USA) LLC and Jeffrey A. Altabef*

By: */s/ Mark A. Berthiaume*
Mark A. Berthiaume (BBO #041715)
GREENBERG TRAURIG, LLP
One International Place
Boston, Massachusetts 02110
Telephone: (617) 310-6007
Fax: (617) 310-6001
berthiaumem@gtlaw.com

Of Counsel:

Richard H. Klapper (admitted *pro hac vice*)
David M.J. Rein (admitted *pro hac vice*)
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Fax: (212) 558-3588
klapperr@sullcrom.com
reind@sullcrom.com

*Counsel for Defendant Goldman, Sachs & Co.*

By:   /s/ *Gary R. Greenberg*
      Gary R. Greenberg (BBO #209420)
      GREENBERG TRAURIG, LLP
      One International Place
      Boston, MA 02110
      Telephone: (617) 310-6000
      Fax: (617) 310-6001
      greenbergg@gtlaw.com

Of Counsel:

Joseph J. Frank (admitted *pro hac vice*)
Steven J. Fink (admitted *pro hac vice*)
Matthew L. Craner (admitted *pro hac vice*)
Charles J. Ha (admitted *pro hac vice*)
    ORRICK HERRINGTON & SUTCLIFFE LLP
    51 W. 52nd Street
    New York, NY 10019
    Telephone: (212) 506-5000
    Fax: (212) 506-5151
    jfrank@orrick.com
    sfink@orrick.com
    mcraner@orrick.com
    charlesha@orrick.com

*Counsel for Defendant Barclays Capital Inc.*

By:   /s/ *Joseph F. Ryan*
     Joseph F. Ryan (BBO #435720)
       LYNE, WOODWORTH & EVARTS LLP
       12 Post Office Square
       Boston, Massachusetts 02109
       Telephone: (617) 523-6655
       Fax: (617) 248-9877
       JRyan@lwelaw.com

Of Counsel:

John M. Conlon (admitted *pro hac vice*)
Michael O. Ware (admitted *pro hac vice*)
Allison J. Zolot (admitted *pro hac vice*)
   MAYER BROWN LLP
   1675 Broadway
   New York, New York 10019-5820
   Telephone: (212) 506-2500
   Fax: (212) 262-1910
   jconlon@mayerbrown.com
   mware@mayerbrown.com
   azolot@mayerbrown.com

Damien J. Marshall (admitted *pro hac vice*)
Andrew Z. Michaelson (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
   575 Lexington Avenue, 7th Floor
   New York, New York 10022
   Tel: (212) 446-2300
   Fax: (212) 446-2350
   dmarshall@bsfllp.com
   amichaelson@bsfllp.com

Jonathan M. Shaw (admitted *pro hac vice*)
   BOIES, SCHILLER & FLEXNER LLP
   5301 Wisconsin Avenue, N.W.
   Washington, DC 20015
   Tel: (212) 237-2727
   Fax: (212) 237-6131
   jshaw@bsfllp.com

Edward J. Normand (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8300
enormand@bsfllp.com

*Counsel for Defendants HSBC Securities (USA) Inc., Neal Leonard, Gerard Mattia, Todd White and Jon Voigtman*

By: _/s/ Andrea Robinson_

Jeffrey B. Rudman (BBO #433380)
Andrea J. Robinson (BBO #556337)
Adam J. Hornstine (BBO #666296)
Nolan Mitchell (BBO # 668145)
Darren Griffis (BBO #675627)
Harriet Hoder (BBO # 679416)
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
jeffrey.rudman@wilmerhale.com
andrea.robinson@wilmerhale.com
adam.hornstine@wilmerhale.com
nolan.mitchell@wilmerhale.com
darren.griffis@wilmerhale.com
harriet.hoder@wilmerhale.com

*Counsel for Banc of America Securities LLC,
Merrill Lynch, Pierce, Fenner & Smith Inc.,
George G. Ellison, and Mark I. Ryan*

EGAN, FLANAGAN AND COHEN, P.C.

By: */s/ Edward J. McDonough Jr.*
    Edward J. McDonough Jr. (BBO 331590)
    Stephen E. Spelman (BBO 632089)
    Egan, Flanagan and Cohen, P.C.
        67 Market Street, P.O. Box 9035
        Springfield, Massachusetts 01102
        Telephone: (413) 737-0260
        Fax: (413) 737-0121
        ejm@efclaw.com; ses@efclaw.com

Of counsel:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Philippe Z. Selendy (admitted *pro hac*)
Jennifer J. Barrett (admitted *pro hac*)
    51 Madison Avenue, 22nd Floor
    New York, NY 10010
    (212) 849-7000
    Fax (212) 849-7100

A. William Urquhart (admitted *pro hac*)
Harry A. Olivar, Jr. (admitted *pro hac*)
Molly Stephens (admitted *pro hac*)
    865 South Figueroa Street, 10th Floor
    Los Angeles, CA 90017
    (213) 443-3000
    Fax (213) 443-3100

*Counsel for Plaintiff Massachusetts Mutual Life Insurance Company*

### CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of May, 2013.

                                                                                       */s/ Andrea Robinson*
                                                                                         Andrea Robinson